IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELEANOR SCHULER,

    Plaintiff,

vs.                                                                                                                                                                                                                            No. 09cv01025 WDS-LFG

CLAUDE K. LEE, Individually and in his capacity
as director, officer and majority shareholder of
Science Medicus, Inc., American Tri-Star, Inc.,
and Neurosignal Technologies, Inc.;
KATHERINE BURR, Individually and in her
capacity as director and officer of Science Medicus, Inc.;
PATRICIA E. LANDIS, Individually and in her capacity
as director and officer of Science Medicus, Inc.,
American Tri-Star, Inc., and Neurosignal Technologies, Inc.;
DANIEL S. BAILET, Individually and in his capacity
as director and officer of Science Medicus, Inc.,
and Neurosignal Technologies, Inc.,
AMERICAN TRI STAR, INC., and
NEUROSIGNAL TECHNOLOGIES, INC.,

    Defendants.

## ENTRY OF APPEARANCE

    COMES NOW Butt Thornton & Baehr PC, and hereby enters its appearance of record on behalf of the Defendants in the above-entitled and numbered cause.

                                                                                      BUTT THORNTON & BAEHR PC

                                                                                      /s/ *Rodney L. Schlagel*
                                                                                      Rodney L. Schlagel
                                                                                      Attorneys for Defendants
                                                                                      P.O. Box 3170
                                                                                      Albuquerque, NM 87190
                                                                                      Telephone: (505) 884-0777
                                                                                      rlschagel@btblaw.com

I HEREBY CERTIFY that on the 21st day of December, 2009, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Luis M. Ortiz
lortiz@olpatentlaw.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF participants in the manner indicated:

None

/s/ *Rodney L. Schlagel*
Rodney L. Schlagel