IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELEANOR SCHULER,

    Plaintiff,

vs.                                            CIVIL NO. 09-1025 JH/LFG

CLAUDE K. LEE, KATHERINE
BURR, PATRICIA E. LANDIS,
DANIEL S. BAILET, AMERICAN
TRI-STAR, INC. and NEUROSIGNAL
TECHNOLOGIES, INC.,

    Defendants.

---

NEUROSIGNAL TECHNOLOGIES, INC.,

    Third-Party Plaintiff,

vs.

NEUROX CORPORATION, NEURO-
SIGNALING FOUNDATION,

    Third-Party Defendants.

---

NEUROSIGNAL TECHNOLOGIES, INC.,
CLAUDE K. LEE, KATHERINE BURR,
PATRICIA E. LANDIS, DANIEL S.
BAILET and AMERICAN TRI-STAR, INC.,

    Counter Claimants,

vs.

ELEANOR SCHULER,

    Counter Defendant.

## **CERTIFICATE OF SERVICE**

       The undersigned of Butt, Thornton & Baehr, PC, does hereby certify that a copy of Defendants/Counter Claimants/Third-Party Plaintiff Initial

Disclosures, together with a copy of this Certificate, were mailed first class mail, postage prepaid on March 5, 2010 to:

>Luis M. Ortiz
>Richard Krukar
>Ortiz and Lopez, PLLC
>117 Bryn Mawr Drive, SE
>Suite 101
>Albuquerque, New Mexico 87106

>Respectfully submitted,
>
>BUTT THORNTON & BAEHR PC
>
>/s/ Rodney L. Schlagel
>Rodney L. Schlagel
>rlschlagel@btblaw.com
>P.O. Box 3170
>Albuquerque, NM 87190
>(505) 884-0777

I HEREBY CERTIFY that on the 5th day of March, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Luis M. Ortiz
lortiz@olpatentlaw.com
Richard Krukar
krukar@olpatentlaw.com

/s/ Rodney L. Schlagel
Rodney L. Schlagel