UNITED STATES DISTRICT COURT
333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico 87102

LORENZO F. GARCIA                                              505-348-2320
  Magistrate Judge                                           FAX: 348-2324

March 9, 2010

RE:   **CIV 09-1025 JH/LFG** -  *Schuler v. Lee et al.*

A Rule 16 scheduling conference was conducted Tuesday, March 9, 2010 at 9:00 by Magistrate Judge Lorenzo F. Garcia in the above matter.

FOR PLAINTIFF:        Luis M. Ortiz, Esq.
                      Richard Krukar, Esq.

FOR DEFENDANTS:       Rodney L. Schlagel, Esq.

1 hr. 24 min.