IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELEANOR SCHULER,

        Plaintiff,

vs.                                               No. CIV 09-1025 JH/LFG

CLAUDE K. LEE et al.,

        Defendants.

NEUROSIGNAL TECHNOLOGIES, INC.,

        Third-Party Plaintiff,

vs.

NEUROX CORPORATION and NEURO-
SIGNALING FOUNDATION,

        Third-Party Defendants.

NEUROSIGNAL TECHNOLOGIES, INC.,
CLAUDE K. LEE, KATHERINE BURR,
PATRICIA E. LANDIS, DANIEL BAILET,
and AMERICAN TRI-STAR, INC.,

        Counter Claimants,

vs.

ELEANOR SCHULER,

        Counter Defendant.

## **ORDER ADOPTING JOINT STATUS REPORT**
## **AND PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed March 4, 2010 [Doc. 36], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order filed March 9, 2010

[Doc. 40], except that each party may serve any other party with 38 interrogatories, 38 requests for production and 38 requests for admission. <u>Each</u> <u>side</u> may take a total of 10 depositions.

                                          */s/ Lorenzo F. Garcia*
                                          Lorenzo F. Garcia
                                          United States Magistrate Judge